IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | No. 21-295 |
| SANDEEP HARDIKAR *Bond Bail* | : | |

## NOTICE OF HEARING

Take notice that the defendant is scheduled for SENTENCING on TUESDAY, JANUARY 23, 2024, at 10:00 A.M. before the HONORABLE WENDY BEETLESTONE, COURTROOM 10-A of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

**SENTENCING MEMORANDUM** and all related filings shall be submitted to the Court no later than **JANUARY 19, 2024**.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☒ Hearing **CANCELED** and **RESCHEDULED** from**: 10/18/2023**

For additional information, please contact the undersigned.

Nelson Quíles Malavé
Courtroom Deputy to J. Beetlestone
Phone: 267-299-7459

**Date:** 9/11/2023

| cc via U.S. Mail: | Defendant |
|---|---|
| cc via email: | Defense Counsel, John J Pease |
| | AUSA, Mary Kay Costello |
| | U.S. Marshal |
| | Court Security |
| | Probation Office |
| | Pretrial Services |
| | Interpreter Coordinator |