# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : **Criminal No. 21-295-1** |
| **SANDEEP HARDIKAR** | : |

## PRAECIPE TO SATISFY FINANCIAL JUDGMENT

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA AT PHILADELPHIA:

    Please mark as satisfied the criminal monetary penalties portion of the criminal judgment entered in the above-captioned case. This Praecipe applies only to any special assessment, restitution, and criminal fine obligation entered against the above-named defendant.

                                            JACQUELINE C. ROMERO
                                            United States Attorney

                                            */s/ Lauren R. Baer*
                                            LAUREN R. BAER
                                            Assistant United States Attorney
                                            Pennsylvania Bar Id. No. 307042
                                            615 Chestnut Street
                                            Suite 1250
                                            Philadelphia, PA 19106-4476
                                            (215) 861-8200

Date: April 2, 2024