IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA     :
              :
        v.             :           Criminal No. 21-CR-295-1
              :
SANDEEP HARDIKAR        :

## ORDER

**AND NOW**, this 12th day of February 2025, upon consideration of Defendant's unopposed Motion for Release of Passport (Doc.#.39), it is hereby **ORDERED** that the Motion is **GRANTED**. To the extent that Defendant's passport is in the possession of the United States Probation Office or the Clerk's Office, the passport shall be returned to the Defendant. Taney Hardikar is authorized to pick up the passport on the Defendant's behalf. Defendant may otherwise request return or reissue from the Department of State, to which this Court does not object.


BY THE COURT:


S/ WENDY BEETLESTONE
_____
WENDY BEETLESTONE, J.